IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA S. RIDLEY, | ) |
| Plaintiff, | ) ) ) Case No. 3:12-cv-1336 |
| v. | ) ) Judge Campbell |
| JRK RESIDENTIAL GROUP, | ) ) Magistrate Judge Brown |
| Defendant. | ) ) ) |

**AGREED ORDER OF DISMISSAL**

The Court has been informed that the parties have resolved this dispute and that there are no further matters requiring the Court's attention. The Court hereby orders that the instant action be dismissed with prejudice. The parties shall bear their own costs.

IT IS SO **ORDERED**.

**ENTERED** this _____ day of _____, 2013.

_____
Todd J. Campbell
U.S. District Judge

**APPROVED FOR ENTRY:**

s/ Brian C. Winfrey (by permission)
Brian C. Winfrey
Green Hills Office Park
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
E-mail: brian@thewinfreyfirm.com

*Attorney for Plaintiff*

s/ Luther Wright, Jr.
Luther Wright, Jr., TN Bar No. 017626
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615-254-1908
E-mail: luther.wright@ogletreedeakins.com

*Attorneys for Defendant*

16557910.1